THE STATE BANK OF ORLANDO AND TRUST COMPANY, as Administrator of the Estate A. J. Nye, deceased, and ORLANDO BANK AND TRUST COMPANY, a corporation,

ANNETTE E. NYE, widow; MARION A. NYE, single; GLADYS FAY HANCOCK, and HENRY H. HANCOCK, her husband; ALVIN J. NYE, a minor; NORDBERG MANUFACTURING COMPANY, a corporation, *Appellants*, vs. MARGARET J. MACY, *Appellee*.

Opinion filed April 6, 1931.

*Dickinson & Dickinson,* for Appellant Orlando Bank & Trust Co.;

*Allison E. Palmer,* for other Appellants;

*Maguire & Voorhis,* for Appellee.

148

150

152

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the orders of the Court below in this cause should be, and the same are hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.